WILLIAM BELDEN, Respondent, *v.* OLDSMOBILE COMPANY, Appellant.

*Belden* v. *Oldsmobile Co.*, 112 App. Div. 899, affirmed.
(Submitted April 11, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to rescind a contract of sale and to recover back the purchase price on the ground of breach of warranty.

*C. Andrade, Jr.*, for appellant.

*Lemuel E. Quigg* and *Charles W. Coleman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

JOHN A. C. NICHOLS, Respondent, *v.* THE CITY OF NEW ROCHELLE, Appellant.

*Nichols* v. *City of New Rochelle*, 111 App. Div. 921, affirmed.
(Argued April 11, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 3, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Abram J. Rose, Alfred C. Petté* and *William D. Sawyer* for appellant.

*Michael J. Tierney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.